AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | | DATE 1·16·9 |
| NAME OF SERVER (PRINT) Amy Benson | | TITLE Paralegal |
| *Check one box below to indicate appropriate method of service* | | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified mail, return receipt

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1·16·9
             Date

Signature of Server: Amy Benson

Address of Server: 533 W. Washington, Jonesboro, AR 72401

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hosto, Buevan, Prater + Lawrence PLLC
c/o Bryan Hosto
701 W. 7th Street
Little Rock, AR 72201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Labrola Mack_ ☐ Agent ☒ Addressee

B. Received by ( Printed Name ) Lavonda Mack     C. Date of Delivery 1-8-09

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7008 1140 0001 0640 4516

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540