## **EXHIBIT INDEX**

Exhibit A  Trustee's Report of No Distribution

Exhibit B  Amended Schedules B and C

Exhibit C  Affidavit of Bryan Hosto