**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DAVID E. BAGWELL**                                                                                                          **PLAINTIFF**

**v.**                                            **NO. 4:08-CV-03229 GTE**

**PORTFOLIO RECOVERY ASSOCIATES, LLC;**
**and HOSTO, BUCHAN, PRATER & LAWRENCE, PLLC**                              **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

Because the parties have reached an agreement to settle all issues presently before the Court,

IT IS HEREBY ORDERED THAT Plaintiff's Motion to Dismiss (Doc. No. 15) be, and it is hereby, GRANTED. The Complaint in this case is hereby DISMISSED WITH PREJUDICE. The Court hereby retains jurisdiction for a period of thirty (30) days for the sole purpose of enforcing the parties' settlement agreement.

IT IS SO ORDERED this  6th  day of August, 2009.

                                                                                     /s/Garnett Thomas Eisele
                                                                                    UNITED STATES DISTRICT JUDGE